IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 17-7-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA JOSEPH OSTERMILLER, | |
| Defendant. | |

Upon the parties' Stipulation for Substitution of Counsel (Doc. 79),

IT IS HEREBY ORDERED that Jeffrey G. Michael shall be substituted for Steven C. Babcock as counsel of record for the above-named Defendant for all further proceedings.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 16th day of August, 2017.

SUSAN P. WATTERS
United States District Judge